JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALL L. JOHNSON III,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>    Respondent. | Case No. 2:20-cv-01198-RGK (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 15, 2021

*Gary Klausner*

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE